**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| SCAMNETIC, INC., | |
| Plaintiff, | |
| v. | Case No. 6:25-cv-0967-NWH |
| BLACKCLOAK, INC. | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff Scamnetic, Inc. and Defendant BlackCloak, Inc., through undersigned counsel, stipulate and agree under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action is dismissed, with prejudice, with each party to bear its own fees and costs.

Dated:        April 30, 2026

**FOR SCAMNETIC, INC.:**

*/s/ Jaclyn M. Metzinger*
Aaron S. Blynn, Esq.
Florida Bar No. 073464
asblynn@venable.com
**VENABLE LLP**
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

**FOR BLACKCLOAK, INC.:**

*/s/ Kadie M. Jelenchick*
Emily J. Lang (FBN 1011367)
FOLEY & LARDNER LLP
301 East Pine Street, Suite 1200
Orlando, FL 32801
Telephone: (407) 244-3253
Facsimile: (407) 648-1743
Email: elang@foley.com

2

Jaclyn M. Metzinger*
Gregory C. Pruden*
Caitlin R. Hickey*
Danielle J. Terracciano*
**KELLEY, DRYE & WARREN LLP**
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
jmetzinger@kelleydrye.com
gpruden@kelleydrye.com
chickey@kelleydrye.com
dterracciano@kelleydrye.com

Matthew F. Chakmakian*
**KELLEY, DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
mchakmakian@kelleydrye.com

* Special Admission Granted

Kadie M. Jelenchick* (WI No. 1056506)
William J. Ulrich* (WI No. 1140328)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
Email: kjelenchick@foley.com
Email: will.ulrich@foley.com